# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2006

129231

LAWRENCE M. CLARKE, INC.,
      Plaintiff-Counterdefendant-
      Appellant,

v

SMRT, L.L.C.,
      Defendant/Counterplaintiff/
      Cross-Plaintiff/Third-Party
      Plaintiff-Appellee,

and

STONEWOOD CORPORATION, THE
NORMAN STEEL, INC., MONEY
PURCHASE PENSION TRUST, THE
NORMAN STEEL, INC. RETIREMENT
PROFIT SHARING TRUST, THE
LAWRENCE STEEL, INC. MONEY
PURCHASE PENSION TRUST, GRAND
RIVER INFRASTRUCTURE, INC.,
and IDEN & FINK,
      Defendants,

and

TRANSENVIRONMENTAL ENGINEERS,
INC.,
      Defendant/Cross-Defendant,

and

HANUMAN MARUR,
      Third-Party Defendant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129231
COA: 250671
Wayne CC: 00-031623-CK

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2006

_____
Clerk

s0221